IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WILLIE MORGAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-07-799-D |
| | ) |
| VALLEY INSURANCE COMPANY, *et al.*, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This matter comes before the Court on Plaintiff's Motion to Compel [Doc. No. 25], filed pursuant to Fed. R. Civ. P. 37(a), which seeks an order compelling the production of documents by Defendant Valley Insurance Company pursuant to Fed. R. Civ. P. 34(b). Upon consideration of the parties' written submissions and the oral arguments of counsel heard on July 2, 2008, the Court has announced its ruling in open court. Briefly stated, the Court finds that the documents sought by Plaintiff's Request No. 25 and Request No. 26, as subsequently limited to auto theft claims investigated by the Dallas Special Investigation Unit ("SIU"), are relevant to Plaintiff's claims and should be produced for a limited time period as set forth below. The Court further finds that the documents sought by Plaintiff's Request No. 36, to the extent they are within Defendant's possession or control, are not sufficiently relevant to warrant the production of additional documents beyond those likely to be contained in the files sought by Plaintiff's other requests.

IT IS THEREFORE ORDERED that Plaintiff's Motion to Compel is GRANTED in part and DENIED in part. Subject to an appropriate protective order to be submitted by the parties for approval and entry by the Court, Defendant Valley Insurance Company shall produce within thirty (30) days from the date of this Order the following documents: The entire contents of the claim files

and SIU files (if not contained within the claim files) for all auto theft claims that were investigated by the Dallas SIU during 2006. Each party shall bear its own costs associated with the Motion.

IT IS SO ORDERED this 2nd day of July, 2008.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE